Clint E Hendricks (12114)
HENDRICKS & LARSEN, PC
*Attorney for Debtor*
3610 North University Ave, Suite 275
Provo, UT 84604
Phone: (801) 232-3904
Fax: (888) 893-3567
clint@hendricksandlarsen.com

FILED
U.S. DISTRICT COURT

2011 MAY 19  A II: 28

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHAREN NEWTON, and individual; DEBRA ESPLIN, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> BRADLEY GREEN, an individual; LOOKING GLASS FINANCIAL, LLC, a Utah limited liability company; JOHN DOES 1-10; <br><br> Defendants | **NOTICE OF BANKRUPTCY FILING** <br><br><br> Case No. 2:10-cv-00888-DN <br><br> Judge: David Nuffer |

COME NOW, Defendant, Bradley Green, by and through bankruptcy counsel, Clint E.

Hendricks of the Law Firm of Hendricks & Larsen, P.C. and responds to the MOTION FOR

PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT BRADLEY GREEN.  A

response to the aforementioned MOTION was not filed by the Defendant Bradley Green because

said Defendant filed bankruptcy May 4, 2011; Petition Number 11-26486; United States

Bankruptcy Court, District of Utah; and a response is not required due to the automatic stay in

place in the aforementioned bankruptcy case.  The Plaintiffs counsel Patrick J. Ascione of

Ascione & Associates, 4692 North 300 Wast, Suite 220, Provo, UT 84604 was noticed by mail

of this bankruptcy filing May 13, 2011.

DATED this 17th day of May 2011.

/s/ Clint E Hendricks
Clint E Hendricks
Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on this <u>17th</u> day of <u>May</u> 2011, a copy of the foregoing **RESONSE and NOTICE OF BANKRUPTCY** was sent to the following:

Patrick J. Ascione
Attorney For Plaintiffs
4692 North 300 West, Suite 220
Provo, UT 84604

/s/ Clint E Hendricks

Clint E Hendricks
Attorney for Debtor