IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
2013 JAN 14 ᗞ 2: 23
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| Sharon Newton , | |
| vs. | ORDER |
| Bradley Green, et al  Defendants. | Case No. 2:10cv888 DB |

IT IS HEREBY ORDERED that the above captioned case filed be **administratively** closed and removed from the list of active pending cases.  The case may be reopened upon motion by the Plaintiff or the by Defendants.

Dated this 11 day of January, 2013.

By  *Dee Benson*
Dee Benson
United States District Judge